**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

November 9, 2026

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: *Jing Lin v. Genalo, et.al.*, No. 26-cv-2536 (Brown, J.)

Dear Judge Brown:

This Office represents Respondents in the above captioned habeas petition filed by Petitioner Jing Lin ("Petitioner"). Docket Entry ("DE") #1 (the "Petition"). This letter is respectfully submitted to apologize humbly to Your Honor for the undersigned Assistant U.S. Attorney's unintentional failure to respond to Your Honor's Order dated November 4, 2026 directing Respondents to respond to Petitioner's Reply (DE #19) by noon of November 9, 2026. At 3:00 p.m. this evening, the Court ordered Petitioner to be released "forthwith." This letter is written both to apologize and to provide an update.

The undersigned abjectly apologizes, having somehow overlooked the fact that the Court had set a noon deadline, believing incorrectly that the deadline set forth was by end of November 9, 2026. The undersigned respectfully informs the Court that she did not in any way intend to ignore the Court's Order and was industriously working to meet her mistaken understanding of the filing deadline, when the Court released the Petitioner. The undersigned undertakes to take care in the future to pay close attention to the timing in the Order and again profoundly apologizes for the error.

The undersigned further respectfully updates the Court that Petitioner was in fact released earlier today, pursuant to Your Honor's Order of this afternoon.

Respondents thank the Court for its consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Alina Austin*
Alina Austin
Assistant U.S. Attorney
(631) 715-7834